# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**LAWRENCE L. BLANKENSHIP,**

    **Plaintiff,**

v.                                                     **CASE NO. 3:12-cv-266-MW/EMT**

**GULF POWER COMPANY,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.23, filed March 27, 2013. The Court has also reviewed *de novo* Plaintiff's Response to Report and Recommendation, ECF No. 24, filed April 5, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) for Plaintiff's failure to state a claim

upon which relief may be granted." The Clerk shall close the file.

SO ORDERED on April 8, 2013.

s/Mark E. Walker  
United States District Judge