# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LAWRENCE L. BLANKENSHIP,

    Plaintiff,

v.                                                            CASE NO. 3:12-cv-266-MW/EMT

GULF POWER COMPANY,

    Defendant.

_____/

## AMENDED ORDER ACCEPTING REPORT
## AND RECOMMENDATION OF MAGISTRATE

Consistent with the Opinion of the United States Court of Appeals for the Eleventh Circuit of November 20, 2013, (No. 13-12002),[1] this Court has considered the Magistrate's Report and Recommendation, ECF No. 23, and has considered *de novo* the Plaintiff's Response to Report and Recommendation, ECF No. 24. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter amended judgment stating, "This cause is **DISMISSED without prejudice** for lack of subject matter jurisdiction." The

---

[1] Mandate issued on December 20, 2013, ECF No. 34.

1

Clerk shall close the file.

SO ORDERED on January 9, 2014.

                                              s/Mark E. Walker             
                                              United States District Judge